ANDREW PARNES, ISB #4110
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone:  (208) 726-1010
Facsimile:  (208) 726-1187
Email:  aparnes@mindspring.com

JOLENE MALONEY, ISB# 6852
Maloney Law Office
199 N. Capitol Blvd., Ste. 601
Boise, Idaho 83702
Telephone: (208) 340-2156
Facsimile:  (208) 287-2009
Email:  jolene@maloneylawidaho.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>          Plaintiff,                              )<br>                                                             )<br>vs.                                                      )<br>                                                             )<br>JAMES DOUGHERTY and          )<br>JESSICA DOUGHERTY,              )<br>                                                             )<br>          Defendants.                         )<br>_____ | Case No. 22-cr-168-AKB<br><br>JOINT MOTION TO CONTINUE<br>SENTENCING |

The parties, by through their respective counsel, hereby jointly move this Court for a continuance of the sentencing date in these cases to May 9, 2024, at the hour of 9:00 a.m. for James Dougherty and at the hour of 10:00 a.m. for Jessica Dougherty.

Good cause exists for this motion in that counsel for James Dougherty is

JOINT MOTION TO CONTINUE SENTENCING                                                                     1

unavailable on the currently set date of April 2, 2024. The attorneys for the parties have conferred and agree that the May 9, 2024 date is available for the sentencings in these matters.

DATED this 17th day of January, 2024.

  /s/ Andrew Parnes
Andrew Parnes
Attorney for Defendant
James Dougherty


  /s/ Melissa Winberg
Melissa Winberg
Attorney for Defendant
Jessica Dougherty

  /s/ Sean Mazorol
Sean Mazorol
Assistant United States Attorney
Attorney for Plaintiff United States

JOINT MOTION TO CONTINUE SENTENCING     2