U.S. COURTS

MAY 01 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Corey R. McCool, ISB No. 10510
McCool Law, PLLC
1015 W. Hays Street, Ste. 208
Boise, Idaho 83702
208-963-8100
corey@mccoollaw.org

Attorney for Claimant

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00168-AKB |
| | ) | |
| Plaintiff, | ) | |
| | ) | PETTION FOR HEARING ON |
| vs. | ) | CLAIMANT'S RIGHT AND INTEREST |
| | ) | IN PROPERTY SUBJECT TO |
| JAMES DOUGHERTY, | ) | FORFEITURE |
| JESSICA DOUGHERTY, | ) | (21 U.S.C. 853(n)) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Donna Douglass, by and through her attorney, Corey R. McCool of McCool Law PLLC, hereby submits this Petition for a hearing on her rights and interests to the property subject to forfeiture proceedings in the above-referenced matter for the following reasons:

1. On December 1, 2015, Donna Douglass conveyed her interest in the property commonly known as 16100 Broken Horn Rd., of Ada County Idaho (the Ranch) by Quitclaim Deed to the Donna Kay Douglass Living Trust, dated December 1, 2015. See Exhibit "A."

2. Donna Douglass is the Settlor and sole beneficiary during her life of the Donna Kay Douglass Living Trust.

3. On June 1st, 2016, James Dougherty, acting in his capacity as Successor Trustee, conveyed the ranch to himself, his wife, Jessica Dougherty, and the trust. Then, on August 29, 2017, again acting in his capacity as Successor Trustee, James Dougherty conveyed the ranch to himself and Jessica Dougherty.

4. On November 7, 2024, the Magistrate Court of Ada County, Idaho issued an Order and Decree to Set Aside Deeds and to Restore Property to the Donna Kay Douglass Trust. The deeds set aside were the above-referenced deeds executed by James

PETITION FOR HEARING                                                                                      1

Dougherty, specifically Quitclaim Deed, Instrument Number 2016-047558 and Warranty Deed, Instrument Number 2017-081183. This Order and Decree declared said deeds to be invalid, ab initio. See Exhibit "B."

5.  As such, the property affected by this forfeiture action is owned solely by the Donna Kay Douglass Living Trust. Donna Douglass as the Settlor and sole beneficiary has rights and interests in this property.

DATED: May 1, 2024

_____
Corey R. McCool
Attorney for Claimant

## VERIFICATION

STATE OF IDAHO           )
                         :ss
COUNTY OF ADA            )

The Donna Douglass, being sworn, says that the facts set forth in the foregoing Petition are true, accurate, and complete to the best of her knowledge and belief.

_____
Donna Douglass

SUBSCRIBED AND SWORN to before me this 1st day of May 2024.

_____
NOTARY PUBLIC

COREY RAY MCCOOL
Notary Public - State of Idaho
Commission Number 20213876
My Commission Expires Aug 13, 2027

PETITION FOR HEARING                                                    2

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the $\underline{1^{st}}$ day of May 2024, I caused a true and correct copy of the foregoing to be forwarded by E-Mail to the following persons:

William M. Humphries
Assistant United States Attorney
U.S. Department of Justice
1290 W. Myrtle St., Ste. 500
Boise, Idaho 83702
Bill.Humphries@usdoj.gov


Paul Seideman
TrESCO of Idaho
P.O. Box 7488
Boise, Idaho 83707
paul@trescoofidaho.com

Corey R. McCool

PETITION FOR HEARING                                                                3

EXHIBIT

A

ADA COUNTY RECORDER Christopher D. Rich **2015-109678**
BOISE IDAHO    Pgs=3  LISA BATT    12/02/2015 10:28 AM
IDAHO ESTATE PLANNING    AMOUNT.$16.00

00170834201501098780030033

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:

IDAHO ESTATE PLANNING
453 S. FITNESS PLAZA
EAGLE, IDAHO 83616
(208) 939-7658

SEND TAX STATEMENTS TO:
DONNA KAY DOUGLASS
16100 Broken Horn Rd.
Boise, ID 83714

_____

(SPACE ABOVE LINE FOR RECORDER'S USE)

## QUITCLAIM DEED

DONNA KAY DOUGLASS, single, Grantor, 16100 Broken Horn Rd., Boise, of Ada County, Idaho, hereby quitclaims to **DONNA KAY DOUGLASS, sole Trustee, or her successors in trust, under the DONNA KAY DOUGLASS LIVING TRUST, dated December 1, 2015, and any amendments thereto,** Grantees, 16100 Broken Horn Rd., Boise, Idaho, all of her right, title and interest in and to that certain real property located at 16100 Broken Horn Rd., tract of land in Ada County, Idaho, described on Exhibit A attached hereto.

Witness the hand of said Grantors this 1st day of December, 2015.

_DONNA KAY DOUGLASS_
DONNA KAY DOUGLASS, Grantor

STATE OF IDAHO          )
                                          )  ss.
COUNTY OF ADA          )

On this 1st day of December, 2015 before me, the undersigned, Notary Public in and for said State, personally appeared DONNA KAY DOUGLASS, SINGLE, Grantor known to or identified by me to be the persons who executed said within instrument and acknowledged to me that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my name and affixed my official seal the day and year in this certificate first above written.

_Patricia E. Paz_
Patricia E. Paz, Notary Public
My commission expires: March 19, 2019

# Exhibit A

A parcel of land situate in Section 19, Township 5 North, Range 2 East, Boise Meridian, and the southeast quarter of Section 24, Township 5 North, Range 1 East, Boise Meridian, Ada County, Idaho, being more particularly described as follows:

Commencing at a found Brass Cap marking the west ~~east~~ quarter-section corner of Section 19, Township 5 North, Range 2 East, Boise Meridian, the POINT OF BEGINNING;

Thence N87°26'57"W, 1355.44 feet along the south line of the south half of the northeast quarter of Section 19 to the northeast corner of the northwest quarter of the southeast quarter of Section 19;

Thence S00°09'09"W, 663.19 feet along the east line of the northwest quarter of the southeast quarter of Section 19;

Thence S24°14'31"W, 1604.20 feet;

Thence N32°30'03"W, 341.83 feet;

Thence N87°36'31"W, 1370.30 feet;

Thence S02°23'29"W, 779.50 feet to the south line of the southeast quarter of the southwest quarter of Section 19;

Thence N87°36'28"W, 490.21 feet along the south line of the southeast quarter of the southwest quarter of Section 19 to a found 5/8 inch rebar marking the southeast corner of Government Lot 4 of Section 19;

Thence N87°36'28"W, 57.88 feet along the south line of Government Lot 4 of Section 19 to a found 5/8 inch rebar;

Thence N12°44'54"W, 690.26 feet to a found 5/8 inch rebar;

Thence N76°14'02"W, 386.58 feet to a found 5/8 inch rebar;

Thence N11°24'14"E, 493.31 feet to a found 5/8 inch rebar;

Thence N06°27'33"W, 794.68 feet to a found 5/8 inch rebar;

Thence S61°59'46"W, 591.05 feet to a found 1/2 inch rebar;

Thence continuing S61°59'46"W, 100.66 feet;

Thence S17°45'36"W, 350.90 feet to a found 5/8 inch rebar;

Thence S06°44'46"W, 843.23 feet to a found nail;

Thence N83°43'46"W, 99.75 feet to a found 1/2 inch rebar;

Thence N06°44'57"E, 853.70 feet to a found 1/2 inch rebar;

Thence N17°45'36"E, 301.60 feet to a found 1/2 inch rebar;

Thence N17°25'39"E, 101.88 feet to a found 1/2 inch rebar;

## Exhibit A continued

Thence S82°15'40"W, 1709.71 feet to a point on the boundary of the Shadow Valley property which bears N00°25'33"E, 103.85 from a found 1/2 inch rebar;

. Thence N00°25'33"E, 81.52 feet along the boundary of the Shadow Valley property to a found 1/2 inch rebar;

Thence N00°46'49"W, 745.85 feet along the boundary of the Shadow Valley property to the south right-of-way line of State Highway 55 (FAP F-3271 (9));

Thence N40°13'30"E, 78.89 feet along the south right-of-way line of State Highway 55 (FAP F-3271 (9));

Thence 239.09 feet on a curve to the right (a 100-foot offset of a spiral curve to the right having a radius of 1145.92 feet, a deflection angle of 6°15', an arc length of 250.00 feet, a chord bearing of N42°18'30"E, 249.87 feet, and a chord length of 249.87 feet) having a chord bearing of N42°15'38"E, and a chord length of 238.97 feet, along the south right-of-way line of State Highway 55 (FAP F-3271 (9));

Thence 202.63 feet on a curve to the right having a radius of 1045.92 feet, a central angle of 11°06'00", a chord bearing of N52°01'30"E, and a chord length of 202.31 feet, along the south right-of-way line of State Highway 55 (FAP F-3271 (9));

Thence 8.69 feet on a curve to the right (a 100-foot offset of a spiral curve to the right having a radius of 1145.92 feet, a deflection angle of 6°15', an arc length of 250.00 feet, a chord bearing of N61°44'31"E, and a chord length of 249.87 feet) having a chord bearing of N57°48'17"E, and a chord length of 8.69 feet, along the south right-of-way line of State Highway 55 (FAP F-3271 (9)) to the north line of the southeast quarter of Section 24;

Thence S88°41'39"E, 1169.70 feet along the north line of the southeast quarter of Section 24 to a found Brass Cap marking the east quarter-section corner of Section 24 and the west quarter-section corner of Section 19;

Thence S87°26'57"E, 1455.12 feet along the north line of Government Lot 3 of Section 19 to the northwest corner of the northeast quarter of the southwest quarter of Section 19;

Thence S87°26'57"E, 1355.50 feet along the north line of the northeast quarter of the southwest quarter of Section 19 to the southwest corner of the south half of the northeast quarter of Section 19;

Thence N00°22'11"E, 1328.06 feet along the west line of the south half of the northeast quarter of Section 19 to the northwest corner of the south half of the northeast quarter of Section 19;

Thence S87°22'08"E, 2700.96 feet along the north line of the south half of the northeast quarter of Section 19 to the northeast corner of the south half of the northeast quarter of Section 19;

Thence S00°03'56"E, 1324.70 feet along the east line of the south half of the northeast quarter of Section 19 to the POINT OF BEGINNING.

The above-described parcel contains 286.02 acres, more or less.

Subject to any existing easements or rights-of-way of record or apparent.

STATE OF IDAHO, COUNTY OF ADA, ss.

I, Trent Tripple, Ada County Recorder, do hereby certify that the annexed is a full, true and correct copy of Instrument No. 2015-109678 as it appears in the recorded documents of the Ada County Recorder, State of Idaho.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this ____ day of October, 2023

By _____
Bonnie Oberbillig - Deputy Recorder

Filed: 11/07/2023 10:13:29
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Heiskari, Lusina



**EXHIBIT**

B

Corey R. McCool, ISB No.: 10510
McCool Law PLLC
1015 W. Hays Street, Ste. 208
Boise, Idaho 83702
PH: 208-963-8100
Email: corey@mccoollaw.org

Attorney for Petitioner

## IN THE MAGISTRATE COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. CV01-19-10089 |
| | ) | |
| Donna Douglass | ) | ORDER AND DECREE TO SET ASIDE DEEDS |
| | ) | |
| | ). | AND TO RESTORE PROPERTY TO THE DONNA |
| | ) | |
| | ) | KAY DOUGLASS TRUST |
| A Protected Person | ) | |

On October 30, 2023, the above-entitled matter came before the Court for an evidentiary hearing on Donna Douglass's Petition for an Order to Set Aside a Deed, which was filed on October 25, 2022. The Court having reviewed the evidence submitted, and the arguments of the parties, and upon good cause showing,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. The Quitclaim Deed, Instrument Number 2016-047558, executed on June 1, 2016, executed by James C. Dougherty, acting as Trustee for the Donna Kay Douglass Living Trust and POA IS HEREBY DECLARED INVALID, AB INITIO, AND IS SET ASIDE.

2. The Warranty Deed, Instrument Number, 2017-081183, executed on August 29, 2017 executed by James C. Dougherty acting as Successor Trustee of the Donna Kay Douglass Living Trust, IS HEREBY DECLARED INVALID, AB INITIO, AND IS SET ASIDE.

ORDER AND DECREE TO SET ASIDE DEEDS AND TO RESTORE PROPERTY TO TRUST                1

3. The property located at 16100 N Broken Horn Road, Boise, Idaho 83714 is hereby returned, restored and transferred to the Donna Kay Douglass Living Trust, dated December 1, 2015, and any amendments thereto, a tract of land in Ada County, Idaho described in Exhibit "A" attached hereto.

**IT IS SO ORDERED.**

Dated this: **11/6/2023 4:55:07 PM**

Fafa Alidjani
Magistrate Judge

STATE OF IDAHO } ss
COUNTY OF ADA }

I, TRENT TRIPPLE, Clerk of the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, do hereby certify that the foregoing is a true and correct copy of the original filed in the above entitled action. As witness I have set my hand and affixed my official seal.

DATED    11/7/2023

TRENT TRIPPLE, Clerk of the District Court

By_____
                    Deputy

ORDER AND DECREE TO SET ASIDE DEEDS AND TO RESTORE PROPERTY TO TRUST                    2

## EXHIBIT "A"

A parcel of land in Section 19, Township 5 North, Range 2 East, Boise Meridian, all in Ada County, Idaho.

Commencing at the East one-quarter corner of Section 19, Township 5 North, Range 2 East, Boise Meridian, all in Ada County, Idaho.

Thence North 87degrees 26'57" West 1355.43 feet along the mid-section line to the C-East 1/16 corner,

Thence South 00degrees 09'08" West 663.19 feet along the East 1/16 line to a point that bears North 00degrees 09'08" East 1989.56 feet from the East 1/16 corner common to Sections 19 and 30 Township 5 North, Range 2 East, Boise Meridian, said point being the Point-of-Beginning,

Thence continuing South 00degrees 09'08" West 1989.56 feet to said East 1/16 corner common to Sections 19 and 30 Township 5 North, Range 2 East, Boise Meridian,

Thence on the South line of said Section 19 North 87degrees36'31" West 1365.35 feet to the South quarter corner of said Section 19,

Thence continuing North 87degrees36'31" West 875.29 feet to a point,
Thence leaving said South line North 02degrees23'29" East 779.47 feet to a point,
Thence South 87degrees36'31" East 1370.30 feet to a point,
Thence South 32degrees30'03" East 341.83 feet to a point,
Thence North 24degrees 14'31" East 1604.20 feet to the Point-of-Beginning.